# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **2:19-cr-566-ACA-GMB-1** |
| **PRINCE ALLEN MARSH,** ) | |
| ) | |
| ) | |

## ORDER

Before the court is Defendant Prince Marsh's *pro se*[1] motions to dismiss, which the court construes as a motion to suppress. (Doc. 43). On July 27, 2021, the magistrate judge entered a report recommending that the court deny the motion. (Doc. 70). Mr. Williamson has filed objections to the recommendation. (Doc. 71).

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **DENIES** Mr. Marsh's motion to suppress. (Doc. 43).

---

[1] Although Mr. Marsh filed the motion himself, he is represented by counsel in this case and was represented by counsel during the evidentiary hearings on the motion.

**DONE** and **ORDERED** this September 22, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE